IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NATHANIEL HOWARD THOMAS,<br>Petitioner, | § § § | |
| VS. | § | CIVIL ACTION NO.4:07-CV-633-Y |
| W. ELAINE CHAPMAN, Warden,<br>FMC-Carswell,[1]<br>Respondent. | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS
(With special instructions to the clerk of Court)

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of petitioner Nathaniel Howard Thomas, along with the February 1, 2008, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave the parties until February 22 to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the proposed findings, conclusions and recommendation of the United States magistrate judge filed on February 1, 2008. The Court concludes that the petition for writ of habeas corpus should be dismissed for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Respondent's January 2, 2008, motion to dismiss [docket no. 7]

---

[1] Because W. Elaine Chapman replaced Rebecca Tamez as Warden at FMC-Fort Worth, Chapman should "automatically" be substituted as a party under Federal Rule of Civil Procedure 25(d)(1). The clerk of Court is directed to make this change on the docket of this case.

is GRANTED.

Nathaniel Howard Thomas's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

SIGNED March 11, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE